CO-290
Rev. 3/88

Notice of Appeal Criminal

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )      Criminal No. _1 - 057/336_
)
_MAX OBUSZEWSUI_ )

## NOTICE OF APPEAL

Name and address of appellant:

Michael Lawton

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/21/05                          Michael Lawton
DATE                                 APPELLANT

                                    ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE          [ ]
PAID USDC FEE        [ ]
PAID USCA FEE        [ ]

Does counsel wish to appear on appeal?                      YES [ ]    NO [ ]
Has counsel ordered transcripts?                           YES [ ]    NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]    NO [ ]

RECEIVED
DEC 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT